IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 01-31102
Summary Calendar
_____

PATRICIA A. CADE,

Plaintiff-Appellant,

versus

UNITED STATES POSTAL SERVICE, WILLIAM HENDERSON,
Post Master General; SCIALLA ASSOCIATES;
NATIONAL ASSOCIATION OF POSTAL SUPERVISORS,

Defendants-Appellees.

---------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
(01-CV-943-E)
---------------------
June 27, 2002

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Patricia A. Cade, formerly a postal employee, appeals the district court's dismissal pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Specifically, the court ruled that all claims in the instant suit other than racial discrimination are identical to the claims, and are asserted against identical parties, as in her prior action and thus are subject to dismissal under the doctrines of collateral

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

estoppel or issue preclusion.  The court held further that the one claim newly asserted in this action, racial discrimination, should be dismissed for failure to exhaust administrative remedies.

We have carefully reviewed the record in this case, the comprehensive Order and Reasons of the district court, and the appellate briefs of the respective parties.  As a result of our <u>de novo</u> review of the district court's dismissal of Cade's actions, we conclude that the rulings of the district court are correct in all respects, and we affirm for essentially the same reasons expressed by that court.

AFFIRMED.